# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL HALLETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:19-cv-00343-JAW |
| NATIONSTAR MORTGAGE, LLC, and | ) ) ) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Hallett and defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Federal National Mortgage Association hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, counterclaims, and crossclaims, which have been, or could have been, brought in this action, with each party bearing that party's own attorney's fees and costs.

1

Dated:  March 4, 2020

| | |
|---|---|
| /s/ James F. Molleur_____<br>James F. Molleur<br>jim@molleurlaw.com<br>Elizabeth A. Miller<br>elizabeth@molleurlaw.com<br>Molleur Law Office<br>419 Alfred Street<br>Biddeford, ME 04005-3747<br>207-283-3777<br><br>Attorneys for Plaintiff Michael Hallett | /s/ Frank E. De Grim_____<br>Frank E. De Grim<br>fdegrim@se-llp.com<br>William C. Sandelands<br>wsandelands@se-llp.com<br>Sandelands Eyet, LLP<br>1545 U.S. Highway 206<br>Suite 304<br>Bedminster, NJ 07921<br>908-470-1200<br><br>Attorneys for Defendants Nationstar Mortgage LLC and Federal National Mortgage Association |

## CERTIFICATE OF SERVICE

I, Susan Black, hereby certify that I am over eighteen years old and caused a true and correct copy of the Stipulation of Dismissal to be served on the parties per the Court's ECF System on March 4, 2020.

Dated:  March 4, 2020

By:     <i>/s/ Susan Black</i><br>Susan Black, Paralegal<br>Molleur Law Office<br>419 Alfred Street<br>Biddeford, ME  04005<br>(207) 283-3777<br>susan@molleurlaw.com

## SERVICE LIST

**Served electronically:**

All parties on Court ECF mailing list.